ACCEPTED
02-18-00146-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 2:04 PM
DEBRA SPISAK
CLERK

# SCHNEIDER MILLER REYNOLDS, P.C.

### ATTORNEYS AT LAW
### 300 N. COIT ROAD, SUITE 1125
### RICHARDSON, TEXAS 75080

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

5/24/2018 2:04:51 PM
DEBRA SPISAK
Clerk

David B. Miller
E-mail: david@schneidlaw.com

Telephone (972) 479-1112
Facsimile (972) 479-1113

May 24, 2018

<u>**VIA E-FILE**</u>

Tammy Cooper
Deputy Clerk III
Court of Appeals Second District of Texas
401 W. Belknap Street, Suite 9000
Fort Worth, TX 76196-0211

> Re:   *Eco General Contractors LLC dba Eco Roofing and Richard Lack v. Lisa Goodale*; Case No. 02-18-00146-CV, Second Court of Appeals, Fort Worth, Texas

Dear Clerk:

Please take notice that the parties have agreed to use the Law Office of Kight L. Higgins, P.L.L.C., 6300 Ridglea Place, Suite 509, Fort Worth, Texas 76116, Telephone: (817) 732-6460; Telecopier: (817) 732-4288 as the mediator in the referenced matter instead of Burdin Mediations as submitted on the Docketing Statement.

Thank you for your assistance in this matter.

Very truly yours,

*/s/ David B. Miller*

David B. Miller

DBM:kay
cc:   Lisa Goodale (via e-service)

M:\Eco General Contractors\NuGen\Correspondence\Letter to Court regarding Change of Mediataor (5-24-18).doc